**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **AHMAD MOHAMMAD AL DARBI,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-2371 (RCL)** |
| | ) | |
| **BARACK OBAMA,** *et al.*, | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

The Court, having considered respondents' Unopposed Motion [181] for Extension of Time to Oppose Petitioner's Motion to Compel Production of Exculpatory Information and Automatic Discovery, hereby **ORDERS** that the Motion is **GRANTED**. Respondents will file their response to petitioner's motion on or before September 9, 2009.

IT IS SO ORDERED, this 4th day of September, 2009.

_____/s/_____

Royce C. Lamberth
United States District Judge